The Honorable Ewing Werlein, Jr.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS AT HOUSTON

| | |
|---|---|
| dEVERE & PARTNERS, a foreign entity,<br><br>      Plaintiff,<br><br> vs.<br><br>JOHN DOES and JANE DOES I – X, individually and the marital communities comprised thereof,<br><br>      Defendants. | No. 4:07-cv-03935<br><br>NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED.R.CIV.P. 41(a)(1)(A)<br><br><u>CLERK'S ACTION REQUIRED</u> |

  Plaintiff hereby voluntarily dismisses the above-captioned proceeding without prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A), which provides that the plaintiff may voluntarily dismiss the case any time before the opposing party serves either an answer or a motion for summary judgment. No answers or motions for summary judgment have been filed. No cross-claim, counter-claim or third-party action remains pending.

NOTICE OF VOLUNTARY DISMISSAL WITHOUT
PREJUDICE PURSUANT TO FED.R.CIV.P.
41(a)(1)(A) - 1

MYERS & COMPANY, P.L.L.C.
1809 SEVENTH AVENUE, SUITE 700
SEATTLE, WASHINGTON 98101
TELEPHONE (206) 398-1188

1     DATED this 28th day of February, 2008.

2                           MYERS & COMPANY, P.L.L.C.

3           Attorneys for Plaintiff

4           By:   /s/ Michael David Myers
               Michael David Myers, Admission No. 820741
5              WSBA No. 22486
               Myers & Company, P.L.L.C.
6              1809 Seventh Avenue, Suite 700
               Seattle, Washington 98101
7              Telephone: (206) 398-1188
               Facsimile: (206) 398-1189
8              E-mail: mmyers@myerscompany.com