IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| dEVERE & PARTNERS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 07-3935 |
| | § | |
| JOHN DOES, ET AL | § | |
| | § | |
| Defendants. | § | |

## ORDER OF DISMISSAL ON NOTICE

Plaintiff in the above styled and numbered cause of action has filed a Notice of Dismissal of Action pursuant to Rule 41(a)(1)(A). Accordingly, it is

ORDERED that this case is DISMISSED without prejudice.

SIGNED at Houston, Texas, on January 31, 2008.

Ewing Werlein, Jr.
United States District Judge